UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AGRANA FRUIT US, INC.,

                Plaintiff,                      23 Civ. No. 10147 (ALC) (GS)

      -against-                             **PRE-SETTLEMENT
                                                          CONFERENCE ORDER**

INGREDIENTRADE INC.,

                Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, August 13, 2024 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 861 431 740#.**

      SO ORDERED.

DATED:    New York, New York
                August 6, 2024

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge