**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AGRANA FRUIT US, INC.,

                                        Plaintiff,                    **23 Civ. No. 10147 (ALC) (GS)**

                    -against-                                         **VIDEO CONFERENCE**
                                                                      **ORDER**

INGREDIENTRADE, INC.,

                                        Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Conference on **Monday, April 21, 2025 at 2:00**

**p.m.** at which time the parties will be directed to advise the Court as to the status of Defendant's

Letter Motion for Extension of Time dated March 28, 2025 (Dkt. No. 51).  Counsel is directed to

join the conference via Microsoft Teams at the scheduled time using the following link: Click

here to join the meeting now. **[Meeting ID: 251 867 488 745 9]  [Passcode: Pr2wz2z4]**

        **SO ORDERED.**

DATED:    April 18, 2025
          New York, New York

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge