UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                          :

AGRANA FRUIT US, INC.,                  :      23 Civ. 10147 (ALC) (GS)

             Plaintiff,                            :                <u>ORDER</u>

         - against -                           :

INGREDIENTRADE INC.,                    :

            Defendant                         :
-------------------------------------------------------------
                                                          :

INGREDIENTRADE INC.,                    :

            Third-Party Plaintiff,          :

         - against -                           :

888 ORGANIC EXPORTER CO., LTD.,    :

            Third-Party Defendant.         :
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On February 12, 2024, Defendant and Third-Party Plaintiff Ingredientrade Inc. ("Ingredientrade") applied for an order permitting alternative service via e-mail on Third-Party Defendant 888 Organic Exporter Co., Ltd. ("888 Organic"), a Thai corporation, under Federal Rules of Civil Procedure 4(h)(2) and 4(f)(3). (Dkt. No. 23). The Court denied this application without prejudice. (Dkt. No. 27). After subsequent attempts to effect personal service on 888 Organic were unsuccessful (*see* Dkt. No. 60 ¶ 5), on August 8, 2025, Ingredientrade renewed its request for alternative service via e-mail. (Dkt. No. 59).

However, on August 19, 2025, Ingredientrade filed affirmation of service of

the Third-Party Summons and Third-Party Complaint via hand delivery by Ingredientrade's local counsel, Alongkorn Tongmee, to Mr. Songyos Srirat, the sole authorized director and majority shareholder of 888 Organic, on August 13, 2025. (Dkt. No. 62 ¶¶ 4-6).  Mr. Tongmee states that Mr. Srirat is authorized to receive such service (*see id.* ¶ 7 & Ex. B) and that Mr. Srirat acknowledged receipt of these documents, and executed an Acknowledgement of Delivery of Service Documents (*see id.* ¶ 6 & Ex. A).  As reflected on the docket, 888 Organic had until September 3, 2025 to answer or otherwise respond to the Third-Party Complaint.  (*See* Dkt. Entry dated August 19, 2025).  To date, 888 Organic has not filed an answer or other response on the docket, nor has it entered an appearance in this action.

In light of the above, Ingredientrade shall submit a letter by no later than October 3, 2025, informing the Court as to: (a) whether Ingredientrade believes that its service of process on August 13, 2025 complied with the requirements of Fed. R. Civ. P. 4(h)(2) such that 888 Organic has now been properly served; (b) whether its renewed motion for alternative service (Dkt. No. 59) is now moot as a result of the service on August 13, 2025; (c) the status of any communications with 888 Organic concerning 888 Organic's appearance in this action and response to the Third-Party Complaint; and (d) whether Ingredientrade intends to seek entry of default against

888 Organic at this time.

**SO ORDERED.**

DATED: New York, New York
September 17, 2025

_____
GARY STEIN
United States Magistrate Judge