# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

February 11, 2026

**VIA ECF**
Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re:  **Agrana Fruit US, Inc. v. Ingredientrade Inc.**
       Civil Docket No. 1:23-cv-10147-ALC-GS

*Status Report*

Dear Judge Stein:

  Pursuant to the Court's Orders dated February 4, 2026, Defendant and Third-Party Plaintiff Ingredientrade Inc. ("Ingredientrade") respectfully submits this status report concerning the third-party action against 888 Organic Exporter Co., Ltd. ("888 Organic").

  As the Court is aware, Ingredientrade effected alternative service of the Third-Party Summons and Complaint on 888 Organic by email pursuant to the Court's authorization. *See* Aff. of Service (ECF No. 66). The deadline for 888 Organic to answer or otherwise respond has passed. To date, 888 Organic has not appeared and has not filed any responsive pleading.

  Although 888 Organic is presently in default, Ingredientrade requires discrete categories of evidence located in Thailand, principally manufacturing and quality-control records relating to the batch of pineapples supplied to Plaintiff Agrana Fruit US, Inc. ("Agrana"), to prepare its defense to Plaintiff's claims in the main action. Given 888 Organic's non-appearance, voluntary production is unlikely.

  Ingredientrade intends to move for issuance of letters rogatory to the appropriate judicial authority in Thailand to obtain the necessary evidence. Thailand is not a

27277119 v1

signatory to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and therefore the contemplated request must proceed through letters rogatory and be tailored to comply with applicable diplomatic protocols and Thai domestic requirements.

To maximize the likelihood that any request is enforceable in Thailand and to avoid rejection as overbroad or noncompliant, Ingredientrade requires additional time to consult with a local Thai counsel and to narrowly tailor the proposed requests consistent with Thai evidentiary standards and procedure.

Accordingly, Ingredientrade respectfully request a 30-day extension of time, through March 12, 2026, to permit Ingredientrade to (i) consult with Thai counsel regarding the drafting of enforceable document requests, and (ii) file its motion for issuance of letters rogatory.

Respectfully submitted,

HANG & ASSOCIATES, PLLC

By: s/    Ge Qu
Ge Qu, Esq.
136-20 38th Ave. Suite 10G
Flushing, New York 11354
T: (718) 353-8588
E: rqu@hanglaw.com
*Attorney for Defendant Ingredientrade, Inc.*

27277119 v1