Clare R. Taft
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2309
Phone: (216) 363-4178
Fax: (216) 363-4588
ctaft@beneschlaw.com

February 13, 2026

**VIA ECF and E-MAIL**
Hon. Judge Andrew L. Carter, Jr.
(ALCarterNYSDChambers@nysd.uscourts.gov)
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Hon. Judge Gary Stein
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:  *Agrana Fruit US, Inc. v. Ingredientrade Inc.*
> Case No. 1:23 CV 10147 ALJ
> *Summary Judgment Notice and Opposition to Ingredientrade's Request for Extension of Time*

Dear Judge Carter and Judge Stein:

Plaintiff Agrana Fruit US Inc. ("Agrana") opposes the request for an extension of time made by Defendant Ingredientrade Inc.'s ("Ingredientrade") in its February 11, 2026 Status Report. Ingredientrade requests a 30-day extension of time, through March 12, 2026, to permit Ingredientrade to (i) consult with Thai counsel regarding the drafting of enforceable document requests, and (ii) file its motion for issuance of letters rogatory. Simply put, Ingredientrade stalled this litigation for far too long with its failed effort to pass liability off with a third-party action against 888 Organic Exporter Co., Ltd. ("888 Organic").

This case was filed in 2023. Ingredientrade filed its Third Party Complaint against 888 Organic on January 24, 2024, *more than two years ago*. (Dkt. 18.) It has been nearly one year since discovery closed in this matter. It has been months since the Court permitted Ingredientrade to serve 888 Organic via alternative means. (Dkt. 65.) Ingredietrade should not be granted yet another extension to attempt to gather information from 888 Organic.

It is time for this litigation to proceed. Thus, per the Court's Case Management Plan and Scheduling Order and the Honorable Judge Andrew L. Carter, Jr.'s Individual Practices, Plaintiff Agrana Fruit US Inc. ("Agrana") and hereby states that it intends to move this Court for summary judgment on its claims against Defendant Ingredientrade Inc., in the above-captioned matter. Agrana previously notified the Court of its intent to move for summary judgment in a Notice to the Court on August 1, 2024 (Dkt. 36) and on March 11, 2025 (Dkt. 50) and Agrana requested a pre-motion conference.

Hon. Judge Andrew L. Carter, Jr.
February 13, 2026
Page 2

Agrana will move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact as to Plaintiff's claims for (1) breach of contract; (2) in the alternative, unjust enrichment; or (3) breach of the implied warrant of merchantability. All evidence, including pleadings, documentary evidence and deposition testimony, and expert testimony, demonstrate that there is no genuine dispute as to any material fact and Agrana is entitled to judgment as a matter of law. Simply put, Ingredientrade has zero evidence that it did not provide adulterated product to Agrana. Ingredientrade has not and cannot offer evidence to establish that it did not breach its contract with Agrana, or that Agrana did not perform its obligations under the parties' contract. Ingredientrade has not and cannot offer evidence to establish that it has not been enriched, in that it was paid by Agrana for adulterated product. Finally, Ingredientrade has not and cannot offer evidence that it supplied unadulterated or merchantable product, fit for Agrana's use.

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

By: *s/Clare R. Taft*
Deana S. Stein (DS5047)
Eric Larson Zalud (*admitted pro hac vice*)
Clare R. Taft (*admitted pro hac vice*)
127 Public Square, Suite 4900
Cleveland, OH 44114
T: (216) 363-6170
F: (216) 363-4588
E: dstein@beneschlaw.com
ezalud@beneschlaw.com
ctaft@beneschlaw.com
*Attorneys for Plaintiff Agrana Fruit US, Inc.*

cc:  Richard Qu (via e-mail and ECF)
rqu@hanglaw.com
Hang & Associates, PLLC
136-20 38th Avenue, #10G
Flushing, NY 11354
*Counsel for Defendant*

28257158 v1